JOHN S. SARGETIS (SBN: 80630)
STEPHEN J. FOONDOS (SBN: 148982)
**UNITED LAW CENTER**
3013 Douglas Blvd., Suite 200
Roseville, CA 95661
jsargetis@unitedlawcenter.com
Tel: (916) 367-0630
Fax: (916) 265-9000

Attorneys for Plaintiffs,
ANDRE DANIELS and JULIA DANIELS,

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE DANIELS and JULIA DANIELS, | CASE NO.: 3:13-cv-00451-LB |
| Plaintiffs, | **REQUEST FOR DISMISSAL** |
| vs. | |
| BANK OF AMERICA, SCME MORTGAGE BANKERS, REAL TIME SOLUTIONS, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. a foreign corporation, Does 1-100, inclusive | |

**THE COURT AND ALL PARTIES ARE NOTIFIED THAT:**

Plaintiffs Andre Daniels and Julia Daniels, REQUEST THE DISMISSAL of this entire action and all causes of action without prejudice.

Dated: March 4, 2013                     /s/ John S. Sargetis



The United Law Center, a California
Professional Law Corporation
**John S. Sargetis, Esq.**

SUBSTITUTION OF ATTORNEY
-1-